Fill in this information to identify your case:

United States Bankruptcy Court for the:
**DISTRICT OF ARIZONA**

Case number (if known): _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy  12/17

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone.  A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors.  For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car.  When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them.  In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2.  The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

## Part 1: Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **Navy** — First Name<br>_____ Middle Name<br>**Howard** — Last Name<br>_____ Suffix (Sr., Jr., II, III) | **Eric** — First Name<br>**Alexzander** — Middle Name<br>**Howard** — Last Name<br>_____ Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** Include your married or maiden names. | **Navy** — First Name<br>_____ Middle Name<br>**Yann** — Last Name | _____ First Name<br>_____ Middle Name<br>_____ Last Name |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – __1__ __4__ __0__ __6__<br>OR<br>9xx – xx – ____ ____ ____ ____ | xxx – xx – __4__ __2__ __9__ __8__<br>OR<br>9xx – xx – ____ ____ ____ ____ |
| 4. | **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years** Include trade names and doing business as names | ☑ I have not used any business names or EINs.<br>_____ Business name<br>_____ Business name | ☑ I have not used any business names or EINs.<br>_____ Business name<br>_____ Business name |

| Debtor 1 | **Navy Howard** | |
|---|---|---|
| Debtor 2 | **Eric Alexzander Howard** | Case number (if known) _____ |

|  | **About Debtor 1:** | **About Debtor 2 (Spoken Only in a Joint Case):** |
|---|---|---|
| | __ __ – __ __ __ __ __ __ __<br>EIN | __ __ – __ __ __ __ __ __ __<br>EIN |
| | __ __ – __ __ __ __ __ __ __<br>EIN | __ __ – __ __ __ __ __ __ __<br>EIN |

**5. Where you live**

**2932 E Osborn Rd #347**
Number   Street

_____

_____

**Phoenix            AZ     85016**
City              State   ZIP Code

**Maricopa**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number   Street

_____
P.O. Box

_____
City              State   ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number   Street

_____

_____

_____
City              State   ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number   Street

_____
P.O. Box

_____
City              State   ZIP Code

**6. Why you are choosing this district to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

---

**Part 2: Tell the Court About Your Bankruptcy Case**

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one:* (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

Debtor 1 **Navy Howard**
Debtor 2 **Eric Alexzander Howard**            Case number (if known) _____

**8. How you will pay the fee**

☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☒ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☒ No
☐ Yes.

District _____ When ___/___/_____ Case number _____
District _____ When ___/___/_____ Case number _____
District _____ When ___/___/_____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☒ No
☐ Yes.

Debtor _____ Relationship to you _____
District _____ When ___/___/_____ Case number, if known _____

Debtor _____ Relationship to you _____
District _____ When ___/___/_____ Case number, if known _____

**11. Do you rent your residence?**

☐ No. Go to line 12.
☒ Yes. Has your landlord obtained an eviction judgment against you?

    ☒ No. Go to line 12.
    ☐ Yes. Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it as part of this bankruptcy petition.

Case 2:19-bk-02793-DPC    Doc 1    Filed 03/14/19    Entered 03/14/19 14:02:35    Desc
Official Form 101      **Voluntary Petition for Individuals Filing for Bankruptcy**      page 3
Main Document     Page 3 of 17

| Debtor 1 | Navy Howard | |
|---|---|---|
| Debtor 2 | Eric Alexzander Howard | Case number (if known) |

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

☑ No. Go to Part 4.
☐ Yes. Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

Name of business, if any

Number    Street

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

City                                  State       ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

☑ No. I am not filing under Chapter 11.
☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.
☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4: Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

☑ No
☐ Yes. What is the hazard?

If immediate attention is needed, why is it needed?

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

Where is the property?

Number    Street

City                                  State       ZIP Code

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

15. **Tell the court whether you have received a briefing about credit counseling.**

    The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

    If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**
To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**
To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1 **Navy Howard**
Debtor 2 **Eric Alexzander Howard**               Case number (if known) _____

## Part 6: Answer These Questions for Reporting Purposes

16. **What kind of debts do you have?**

    16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
    - ☐ No. Go to line 16b.
    - ☑ Yes. Go to line 17.

    16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.
    - ☐ No. Go to line 16c.
    - ☐ Yes. Go to line 17.

    16c. State the type of debts you owe that are not consumer or business debts.
    _____

17. **Are you filing under Chapter 7?**

    **Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

    - ☐ No. I am not filing under Chapter 7. Go to line 18.
    - ☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
        - ☑ No
        - ☐ Yes

18. **How many creditors do you estimate that you owe?**
    - ☐ 1-49
    - ☑ 50-99
    - ☐ 100-199
    - ☐ 200-999
    - ☐ 1,000-5,000
    - ☐ 5,001-10,000
    - ☐ 10,001-25,000
    - ☐ 25,001-50,000
    - ☐ 50,001-100,000
    - ☐ More than 100,000

19. **How much do you estimate your assets to be worth?**
    - ☑ $0-$50,000
    - ☐ $50,001-$100,000
    - ☐ $100,001-$500,000
    - ☐ $500,001-$1 million
    - ☐ $1,000,001-$10 million
    - ☐ $10,000,001-$50 million
    - ☐ $50,000,001-$100 million
    - ☐ $100,000,001-$500 million
    - ☐ $500,000,001-$1 billion
    - ☐ $1,000,000,001-$10 billion
    - ☐ $10,000,000,001-$50 billion
    - ☐ More than $50 billion

20. **How much do you estimate your liabilities to be?**
    - ☐ $0-$50,000
    - ☐ $50,001-$100,000
    - ☑ $100,001-$500,000
    - ☐ $500,001-$1 million
    - ☐ $1,000,001-$10 million
    - ☐ $10,000,001-$50 million
    - ☐ $50,000,001-$100 million
    - ☐ $100,000,001-$500 million
    - ☐ $500,000,001-$1 billion
    - ☐ $1,000,000,001-$10 billion
    - ☐ $10,000,000,001-$50 billion
    - ☐ More than $50 billion

| Debtor 1 | **Navy Howard** | |
|---|---|---|
| Debtor 2 | **Eric Alexzander Howard** | Case number (if known) |

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X /s/ Navy Howard**  
Navy Howard, Debtor 1

Executed on **03/12/2019**  
MM / DD / YYYY

**X /s/ Eric Alexzander Howard**  
Eric Alexzander Howard, Debtor 2

Executed on **03/12/2019**  
MM / DD / YYYY

| Debtor 1 | **Navy Howard** | |
|---|---|---|
| Debtor 2 | **Eric Alexzander Howard** | Case number (if known) _____ |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X** /s/ Nolan Sorensen _____  Date  03/12/2019
Signature of Attorney for Debtor                              MM / DD / YYYY

**Nolan Sorensen**
Printed name

**Top Law**
Firm Name

**7776 S Pointe Parkway W STE 140**
Number       Street

**-**
_____

**Phoenix**                                **AZ**       **85044**
City                                        State       ZIP Code

Contact phone **(480) 744-4428**     Email address **toplawaz@gmail.com**

**033860**                                 **AZ**
Bar number                                  State

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION**

In re **Navy Howard**  
 **Eric Alexzander Howard**

Case No. _____

Chapter **7**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept................................................................. **$2,350.00**  
   Prior to the filing of this statement I have received..................................................... **$100.00**  
   Balance Due................................................................................................................ **$2,250.00**

2. The source of the compensation paid to me was:  
   ☒ Debtor ☐ Other (specify)

3. The source of compensation to be paid to me is:  
   ☒ Debtor ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d. [Other provisions as needed]

   **$335.00 filing fee to be paid from above-listed fee.**

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**
I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **03/12/2019** | **/s/ Nolan Sorensen** |
| --- | --- |
| *Date* | *Nolan Sorensen*                    Bar No. 033860 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**
**PHOENIX DIVISION**

IN RE: **Navy Howard**              CASE NO
       **Eric Alexzander Howard**

CHAPTER    **7**

# VERIFICATION OF CREDITOR MATRIX

      The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   3/12/2019                       Signature   */s/ Navy Howard*
                                                                        *Navy Howard*

Date   3/12/2019                       Signature   */s/ Eric Alexzander Howard*
                                                                        *Eric Alexzander Howard*

Ad Astra Recovery Service
8918 W 21st St N Ste 200 PMB 303
Wichita, KS 67205-1880


Arstrat
9800 Centre Pkwy Ste 1100
Houston, TX 77036


Auto Now Financial Svcs
PO Box 816
Glendale, AZ 85311


Bean-Rio Salado Equity LLC
dba Atwater Apartments
7750 N 12th St
Phoenix, AZ 85020


Berlin Wheeler Inc KS
PO Box 479
Topeka, KS 66601


Bureau of Medical Economics
PO Box 20247
Phoenix, AZ 85036-0247


Caine & Weiner
5805 Sepulveda Blvd 4th Fl
Sherman Oaks, CA 91411


Capital One
PO Box 30281
Salt Lake City, UT 84130-0281


Cash Time Loan Centers
7430 S 48th St Ste 100
Phoenix, AZ 85042

CenturyLink
100 Centurylink Dr
Monroe, LA 71203



CMRE  Financial Services
3075 E Imperial Hwy 200
Brea, CA 92821



Coast to Coast Financial
PO Box 2086
Thousand Oaks, CA 91360



Computer Credit Inc
470 W Hanes Mill Rd
Winston-Salem, NC 27113-5238



Copper Star Properties LLC
c/o Hymson Goldson Pantiliat & Lohr
16427 N Scottsdale Rd Ste 300
Scottsdale, AZ 85254


Credit Collection Services
PO Box 607
Norwood, MA 02062



Credit Collection Services
725 Canton St
Norwood, MA 02062



Dignity Health
Chandler Regional Med Ctr
File 56233
Los Angeles, CA 90074-6233


DirecTV
PO Box 5007
Carol Stream, IL 60197-5007

Diversified Consultants Inc
PO Box 551268
Jacksonville, FL 32255-1268


Drummond Financial Svcs LLC
dba Loan Max
5799 Springboro Pike
West Carrollton, OH 45449


Dynamic Recovery Solutions
135 Interstate Blvd
Greenville, SC 29615


Electric District No 3
41630 W Louis Johnson Dr
Maricopa, AZ 85138


Enhanced Recovery
PO Box 57547
Jacksonville, FL 32241


Fed Loan Servicing
PO Box 60610
Harrisburg, PA 17106-0610


First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107


Global Water Resources
21410 N 19th Ave Ste 200
Phoenix, AZ 85027


HealthCare Connection
1401 Steffen Ave
Cincinnati, OH 45215

Honor Finance
909 Davis St Ste 260
Evanston, IL 60201-3645



Hull, Holliday & Holliday PLC
7000 N 16th St
Phoenix, AZ 85020



IC Systems
PO Box 64378
St Paul, MN 64378



Jefferson Capital Systems
16 McLeland Rd
St Cloud, MN 56303



Madison School District #38
5601 N 16th St,
Phoenix, AZ 85016



Midwest Recovery
514 Earth City Plaza Ste 100
Earth City, MO 63045



MiraMed Revenue Group
360 E 22nd St
Lombard, IL 60148



Money Lion
PO Box 1547
Sandy, UT 84091



NCB Management Services Inc
PO Box 1099
Langhorne, PA 19047

Online Information Svcs
PO Box 1489
Winterville, NC 28590


Orbitel Communications
2116 N John Wayne Pkwy B-9
Maricopa, AZ 85319


RevSolve Inc
1395 N Hayden Rd
Scottsdale, AZ 85257


RSI Enterprises
PO Box 16190
Phoenix, AZ 85011


Safe Auto Insurance
4 Easton Oval
Columbus, OH 43219


Senex Services
3333 Founders Rd 2nd Fl
Indianpolis, IN 46268


SMI Imaging LLC AZ
PO Box 204165
Dallas, TX 75320


Source Receivables Mgmt
4615 Dundas Dr Ste 102
Greensboro, NC 27407


Southern Hills Acceptance LLC
PO Box 25570
Santa Ana, CA 92799

Synergy Radiology Assoc
7026 Old Katy Rd Ste 276
Houston, TX 77024-2187


The Osborn Apartments
2928 E Osborn Rd
Phoenix, AZ 85016


Transworld Systems
500 Virginia Dr
Ft Washington, PA 19034


TRS Recovery Services Inc
PO Box 60022
City of Industry, CA 91716-0022


Verizon Wireless
PO Box 26055
Minneapolis, MN 55426


Waypoint Resource Group
PO Box 8588
Round Rock, TX 78683-8588


Web Bank/Fresh Start
6250 Ridgewood Rd
St Cloud, MN 56303


Westlake Portfolio Mgmt LLC
PO Box 76809
Los Angeles, CA 90076-0809